## Commonwealth *v.* Naylor, Appellant.

Submitted September 11, 1969. *John G. Siegle* and *R. Barclay Surrick,* Assistant Public Defenders, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Nickens, Appellant.

Argued September 12, 1969. *Leon H. Kline,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Lynne Marsha Abraham,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.